Ward R. Lewis, Plaintiff-Appellee, v. George Krachum, Defendant-Appellant.

Gen. No. 10,431. 

124

Sidney D. Davidson, for appellant; Henry E. Pratt, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed July 12, 1951; released for publication August 1, 1951.